Jamie M. Evans, OSB 117604
Attorney for Plaintiff
Evans & Evans, PC
610 SW Broadway, Suite 405, Portland, OR 97205
Ph.: 503-200-2723; Fax: 503-200-2701
Jamie@evans-evans.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| Todd M. Blatnik,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Commissioner, Social Security Administration.<br><br>　　　　Defendant. | Case No. 3:17-cv-01337-SB<br><br>**ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

It is hereby ORDERED that attorney fees in the amount of $7863.39 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, § 2412(d).

The parties agree that attorney fees in the amount of $7863.39 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, Jamie Evans: 610 SW Broadway, Suite 405, Portland, OR 97205. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and

mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this 25th day of September, 2018.

                                                        Magistrate Judge Stacie F. Beckerman

Proposed Order Submitted:    September 21, 2018

 /s/ Jamie M. Evans
Jamie M. Evans, OSB # 117064
Attorney for Plaintiff
Evans & Evans, PC
Ph.: 503-200-2723
Fax: 503-200-2701
Jamie@evans-evans.com