Jamie M. Evans, OSB 117064
Jamie@evans-evans.com
Evans & Evans PC
222 NE Park Plaza Drive, Suite 113
Vancouver, WA 98684
Phone: 503-200-2723; Fax: 360-828-8724
Attorney for Plaintiff, Todd M. Blatnik

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TODD B.,[1] | Case No. 3:17-cv-01337-SB |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff, Todd B., brought this action seeking review of the Commissioner's final decision denying his application for Disability Insurance Benefits under the Social Security Act. The Court remanded the case for additional de novo proceedings (ECF Nos. 17, 18). On remand, the Administrative Law Judge issued Plaintiff a fully favorable decision, awarding Plaintiff Disability Insurance Benefits.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. The Court finds the requested fees are reasonable.

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the non-governmental party or parties in this case. Where applicable, this order uses the same designation for a non-governmental party's immediate family member.

Order for Attorney Fees - 1

Plaintiff's motion (ECF No. 22) is granted, and Plaintiff's counsel is awarded $37,632.37 in attorney's fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff attorney's fees in the amount of $7,863.39 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney, Jamie M. Evans the balance of $29,768.98, less any applicable processing or user fees prescribed by statute. The Section 406(b) check should be mailed to Jamie M. Evans, 222 NE Park Plaza Drive, Suite 113, Vancouver, WA 98684.

IT IS SO ORDERED.

DATED this 31 day of July, 2019.

_____
STACIE F. BECKERMAN
United States Magistrate Judge